PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALEXANDER CARLISLE,                )
                                   )      CASE NO.  1:25CV1267
          Plaintiff,               )
                                   )
     v.                            )      JUDGE BENITA Y. PEARSON
                                   )
FRANK BISIGNANO,                   )
COMMISSIONER OF                    )
SOCIAL SECURITY,                   )
                                   )      **MEMORANDUM OF OPINION**
          Defendant.               )      **AND ORDER**


An Administrative Law Judge ("ALJ") denied Plaintiff Alexander Carlisle's applications for disability insurance benefits ("DIB") and supplemental security income ("SSI") after hearings in the above-captioned case.  That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision.  The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Jonathan D. Greenberg for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  On May 14, 2026, the magistrate judge submitted a Report (ECF No. 10) recommending that the Court vacate the Commissioner's decision and remand the case to the Commissioner.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  Objections to the Report were, therefore, due on May 28, 2026.  Neither party has timely filed objections.  Therefore, the Court believes that the parties are

(1:25CV1267)

satisfied with the magistrate judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report & Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is vacated because the ALJ failed to comply with the regulations requiring her to consider both the supportability and consistency factors when discussing the medical opinion evidence.  *See* 20 C.F.R. § 416.920c(b)(2).  The case is remanded to the Commissioner to provide the opportunity for the ALJ to include proper analysis of the opinion evidence.  The Appeals Council shall remand this case to the ALJ for further consideration of Plaintiff's claims and development of the administrative record – including offering Plaintiff a new hearing – to determine whether Plaintiff is disabled within the meaning of the Social Security Act.  After completing the foregoing and conducting any record development the ALJ deems appropriate, the ALJ shall issue a new decision.

IT IS SO ORDERED.

<table>
<tr><td>   June 9, 2026   </td><td>   /s/ Benita Y. Pearson   </td></tr>
<tr><td>Date</td><td>Benita Y. Pearson<br>United States District Judge</td></tr>
</table>

2